PROB. 12B
(7/93)

# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 06 2008

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

## United States District Court

### for the

### DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  KERISSA SAVEA          Case Number:  CR 03-00048DAE-03

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
                                       U.S. District Judge

Date of Original Sentence:  2/28/2005

Original Offense:   ATTEMPT TO POSSESS WITH INTENT TO DISTRIBUTE IN
                    EXCESS OF 500 GRAMS OF COCAINE, in violation of 21 U.S.C.
                    §§ 846 and 841(a)(1), a class B felony

Original Sentence:   Sixty (60) days imprisonment followed by five (5) years of
                     supervised release with the following special conditions: 1) That the
                     defendant participate in a substance abuse program, which must
                     include drug testing at the discretion and direction of the Probation
                     Office; and 2) That the defendant serve 4 months of home
                     detention as directed by the Probation Office with monitoring to be
                     determined by the Probation Office. During this time, the defendant
                     shall remain at her place of residence after school and during non-
                     working hours. The defendant shall be allowed to attend church
                     services for a period of 3 hours on Sundays and one recreational
                     activity with family at the discretion and direction of the Probation
                     Office.

Type of Supervision:  Supervised Release    Date Supervision Commenced:  7/22/2005

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

General Condition        *That the defendant shall refrain from any unlawful use of a
                         controlled substance. The defendant shall submit to one
                         drug test within 15 days of the commencement of
                         supervision and at least two drug tests thereafter but no
                         more than 8 valid drug tests per month during the term of
                         supervision (mandatory).*

Prob 12B
(7/93)

2

| | |
|---|---|
| *Special Condition No. 3* | *That the defendant is prohibited from the possession and consumption of alcohol during the term of supervised release.* |
| *Special Condition No. 4* | *That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.* |
| Special Condition No. 5 | *That the defendant participate in a mental health program at the discretion and direction of the Probation Office.* |

**CAUSE**

| Violation Number | Nature of Noncompliance |
|---|---|
| General Condition | On 12/30/2007, the subject engaged in conduct constituting Operating a Vehicle Under the Influence of an Intoxicant (OVUII), in violation of the Hawaii Revised Statutes (HRS) § 291E-61. |

On 12/30/2007, the subject notified our office that earlier in the morning she was arrested by the Honolulu Police Department for driving under the influence of alcohol. According to the subject, during the night in question she consumed six (6) beers and a shot of an alcoholic beverage with a friend at a local bar. After leaving the bar, she drove her vehicle and collided with a traffic signal a few blocks away. Subsequently, police officers arrived on the scene and arrested her for Operating a Vehicle Under the Influence of an Intoxicant.

On 1/10/2008, this officer reviewed the arrest report, which supports the subject's recollection of events but in more detail. According to the report, officers at the scene observed that the subject appeared intoxicated and she had a strong odor of alcohol coming from her breath. After the subject failed the field sobriety test, she was arrested and taken to the police station where she submitted to a breath test that revealed a Blood Alcohol Content (BAC) of .204%. According to the Hawaii Revised Statutes, the legal BAC limit is .08%. At this time, the charges have not been adjudicated and the subject hasn't decided her plea.

As a reminder to the Court, the subject was convicted of the same offense on 6/13/2003. In that case, the subject had a BAC of .192% and was sentenced to a fine of $250. Despite these alcohol related offenses, the subject denies having an alcohol

Prob 12B
(7/93)

3

problem. She stated that both were isolated incidents and that she does not consume alcohol on a regular basis. However, the subject admitted that she resorts to alcohol abuse when she struggles to cope with stress in her life.

Prior to her arrest on 12/30/2007, the subject stated that she terminated her relationship with her boyfriend because he was using drugs and owed her some money. Due to the emotional and financial hardship of the break up, coupled with the stress of the holidays, the subject admitted that she turned to alcohol for comfort. Regarding the 2003 conviction, the subject stated that she resorted to alcohol abuse due to the stress of the pending sentencing for the instant offense.

To her credit, the subject has voluntarily enrolled and attended mental health counseling with a psychiatrist. She feels there are mental health issues that may be the root of her alcohol abuse. The subject has been meeting with Dr. Susan Hammer on a regular basis, and our office will consult with her to determine any substance abuse treatment needs. Should there be any underlying mental health or substance abuse concerns, the subject agreed to follow the recommended treatment, including possible medication.

To address the subject's noncompliance and mental health needs, she has agreed to modify the conditions of her supervision. With respect to the General Condition, the proposed modification would allow our office to continue drug testing for the duration of supervision pursuant to *United States vs. Stephens*. By imposing Special Condition No. 3, the subject would be prohibited from the possession and consumption of alcohol for the duration of supervised release. This is warranted considering the subject's struggles with alcohol. A search condition, as outlined in Special Condition No. 4, would enhance our ability to closely monitor the subject's progress and compliance. Lastly, as a therapeutic measure, Special Condition No. 5 would allow our office to have an open dialogue with the subject's mental health provider should the need arise.

Since her arrest, the subject has been compliant and a productive member of the community. She has maintained stable employment with a real estate company for the past two years and was recently promoted to assistant property manager. Furthermore, the subject has a stable home life and a very supportive family.

Given the subject's overall progress and stability, coupled with her willingness to seek mental health services, we respectfully recommend that the Court allow the subject to remain under our supervision and to impose the conditions as noted above. These new conditions will address the subject's noncompliance while allowing her an opportunity to seek professional help. The subject agrees to these modifications of her supervised release.

Prob 12B
(7/93)

4

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives her right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

JONATHAN K. SKEDELESKI
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 2/4/2008

---

THE COURT ORDERS:

[ ] No Action
[X] The Modification of Conditions as Noted Above

DAVID ALAN EZRA
U.S. District Judge

2/5/08
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

| | |
|---|---|
| General Condition | *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory).* |
| Special Condition No. 3 | *That the defendant is prohibited from the possession and consumption of alcohol during the term of supervised release.* |
| Special Condition No. 4 | *That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.* |
| Special Condition No. 5 | *That the defendant participate in a mental health program at the discretion and direction of the Probation Office.* |

Witness: _____
JONATHAN K. SKEDELESKI
U.S. Probation Officer

Signed: _____
KERISSA SAVEA
Supervised Releasee

1/17/08
Date